UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD HENDERSON; CYNTHIA HENDERSON; JASON HENDERSON; CHASE HENDERSON; MARY ROSS,

        Plaintiffs,

  v.

AMEX ASSURANCE COMPANY; IDS PROPERTY CASUALTY INSURANCE COMPANY; AMERIPRISE AUTO & HOME INSURANCE; and DOES 1 through 500, inclusive,

        Defendants.
_____/

NO. CIV. S-08-484 LKK/DAD

O R D E R

    A status conference was held in chambers on May 27, 2008. After hearing, the court orders as follows:

    1.   A further status conference is set for August 25, 2008 at 2:00 p.m.

    IT IS SO ORDERED.

    DATED: May 29, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT