UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD HENDERSON; CYNTHIA
HENDERSON; JASON HENDERSON;
CHASE HENDERSON; MARY ROSS,

NO. CIV. S-08-484 LKK/DAD

     Plaintiffs,

   v.

<u>O R D E R</u>

AMEX ASSURANCE COMPANY; IDS
PROPERTY CASUALTY INSURANCE
COMPANY; AMERIPRISE AUTO &
HOME INSURANCE; and DOES 1
through 500, inclusive,

     Defendants.

_____/

The court is in receipt of the defendants' status report and ex parte application to continue the status conference currently set for September 2, 2008 at 3:30 PM. Good cause appearing, the status conference is CONTINUED to November 3, 2008 at 2:30 PM.

IT IS SO ORDERED.

DATED:  August 27, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1