```
 1  JOHN C. MILLER, JR., #CA143323
    MARK T. GALLAGHER, #CA180514
 2  MILLER LAW, INC.
    A Professional Law Corporation
 3  MAILING ADDRESS:
    Post Office Box 700
 4  Folsom, California 95763-0700
    Phone: (916) 351-1200
 5  Fax: (916) 351-1244

 6  Attorneys for Plaintiffs TODD HENDERSON;
    CYNTHIA HENDERSON; JASON HENDERSON;
 7  MARY ROSS
```

                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                        SACRAMENTO DIVISION

| | |
|---|---|
| TODD HENDERSON;<br>CYNTHIA HENDERSON;<br>JASON HENDERSON;<br>CHASE HENDERSON;<br>MARY ROSS,<br><br>      Plaintiffs,<br><br>v.<br><br>AMEX ASSURANCE COMPANY; IDS PROPERTY CASUALTY INSURANCE COMPANY; AMERIPRISE AUTO & HOME INSURANCE; and DOES 1 through 500, inclusive,<br><br>      Defendants. | CASE NO.  2:08 - CV-00484-LKK-DAD<br><br>Assigned to Hon. Lawrence K. Karlton<br><br>**ORDER CONTINUING FURTHER**<br>**SCHEDULING CONFERENCE**<br><br>Conference Date: November 3, 2008<br>Time:    2:30 p.m.<br>Judge:   Hon. Lawrence J, Karlton<br>Courtroom:  4 |

THE PARTIES HAVING STIPULATED, it is ordered that the Further Scheduling Conference, currently set for November 3, 2008 be continued to December 15, 2008, at 3:30 p.m. in Courtroom 4 of the above-entitled Court.

Dated: November 5, 2008.

                                /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT**
Henderson v. Ameriprise, et al.; Case No.  2:08 - CV-00484-LKK-DAD

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in the County of Sacramento.  I am over the age of 18 years and not a party to the within cause; my business address is Miller Law, Inc., P.O. Box 700, Folsom, California 95763-0700.

I am familiar with the business practice at my place of business for collection and processing of documents for mailing with the United States Postal Service.  Documents so collected and processed, with postage fully prepaid, will be deposited with the United States Postal Service that same day in the ordinary course of business.  On the below date, I served the within

**[PROPOSED] ORDER CONTINUING FURTHER SCHEDULING CONFERENCE**

on the parties in this cause, by placing for collection, process and deposit a true copy thereof enclosed in a sealed envelope by:

| | |
|---|---|
| United States mail by placing such envelope(s) in the designated area for collection and process of outgoing mail in accordance with this office's practice, whereby the mail is deposited in a United States mailbox, postage fully paid thereon, in the City of Folsom, California, that same day in the ordinary course of business. | ☐ Air Express Courier:<br><br>☐ Express Mail<br><br>☐ Personal Service<br>X ELECTRONIC SERVICE |

to the parties addressed as follows:
**ATTORNEYS FOR AMEX ASSURANCE COMPANY AND AMERIPRISE AUTO & HOME INSURANCE:**
Sean B. Dean, Esq.
WOOLLS & PEER
One Whilshire Boulevard, 22nd Floor
Los Angeles, CA 90017
PH: (213) 629-1600; FAX: (213) 629-1660
sdean@woollspeer.com

**XXX (BY EMAIL – ESERVICE)** I caused to be served upon each party either via (1) their above email address; (2) through Lexis-Nexis Serve and File, or (3) through the court's electronic court filing system.
XXX **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on  October 31, 2008, at Folsom, California.

Janet A. Schultz                                               _____