UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD HENDERSON; CYNTHIA
HENDERSON; JASON HENDERSON;
CHASE HENDERSON; MARY ROSS,

                         NO. CIV. S-08-484 LKK/DAD

        Plaintiffs,

   v.

                        O R D E R

AMEX ASSURANCE COMPANY; IDS
PROPERTY CASUALTY INSURANCE
COMPANY; AMERIPRISE AUTO &
HOME INSURANCE; and DOES 1
through 500, inclusive,

        Defendants.
                           /

    The court is in receipt of the parties' stipulated request to extend deadlines related to disclosure of expert witnesses. This stipulation seeks to modify the Fed. R. Civ. P. 16 scheduling order. However, the parties have not made (or even attempted to make) the requisite showing of good cause. See Scheduling Order, Doc. No. 23, at 10 (Dec. 18, 2008) ("[T]he status (pretrial scheduling) Order shall not be modified except by leave of court

1

1 upon a showing of good cause. . . . Agreement by the parties
2 pursuant to stipulation does not constitute good cause.").
3 　　The parties are free to enter into whatever stipulations they
4 wish, but it does not appear appropriate for the court to approve
5 such stipulations, and the court will not enforce discovery at
6 variance with the original schedule.
7 　　Accordingly, the request to extend dates is DENIED.
8 　　IT IS SO ORDERED.
9 　　DATED: April 21, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT