UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD HENDERSON; CYNTHIA
HENDERSON; JASON HENDERSON;
CHASE HENDERSON; MARY ROSS,

        NO. Civ.S-08-484 LKK/DAD

    Plaintiffs,

  v.

        **ORDER RE DISPOSAL
        DOCUMENTS AFTER**

AMEX ASSURANCE COMPANY;  **NOTIFICATION OF SETTLEMENT**
IDS PROPERTY CASUALTY
INSURANCE COMPANY; AMERIPRISE
AUTO & HOME INSURANCE; and
DOES 1 through 500, inclusive,

    Defendants.
                              /

    Counsel for defendants has filed a Notice of Settlement in the above-captioned case.  The court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

1

1  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
2       IT IS SO ORDERED.
3       DATED:  August 5, 2009.
4
5
6                              _____
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
7                              UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26